FILED

2003 OCT 16 A 10: 28

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROL TRELOAR, ADMINISTRATRIX OF THE ESTATE OF KENNETH TRELOAR : | |
| V. : | CIVIL ACTION NO: 3:02cv2187 (WWE) |
| : | |
| EUCLID-HITACHI HEAVY EQUIPMENT, INC. : | OCTOBER 15, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rule of Civil Procedure and Rule 9(b)(1) of the Local Rule of Civil Procedure, defendant, Euclid-Hitachi Heavy Equipment, Inc, ("Euclid"), hereby moves for an extension of time of thirty (30) days to and including December 1, 2003 to disclose its expert witnesses.

The reason for this motion is that Plaintiff has disclosed an expert witness pursuant to Rule 26 on September 30, 2003. The deposition of Plaintiff's expert is scheduled for October 23, 2003. Euclid requires this additional time to fully review all materials and properly disclosure its expert.

The undersigned counsel has contacted plaintiffs' attorney, Attorney Michael Burt's, who does not object to this motion.

HART1-1133341-1

This is the Euclid's third individual motion for an extension of time with respect to the deadline at issue.

                                        DEFENDANT
                                        EUCLID-HITACHI HEAVY EQUIPMENT, INC.

                                        By_____
                                        Brien P. Horan (ct06870)
                                        Jason M. Kuselias (ct 20293)
                                        Robinson & Cole LLP
                                        280 Trumbull Street
                                        Hartford, CT 06103-3597
                                        Email: bhoran@rc.com
                                        Email: jkuselias@rc.com
                                        Tel. No.: (860) 275-8200
                                        Fax No.:  (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 15th day of October, 2003, to:

Michael E. Burt, Esq.
Donald G. Walsh, P.C.
169 Olive Street
New Haven, CT  06511

Carl R. Ficks, Jr.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT  06103

_____
Jason M. Kuselias