FILED

2004 JAN 12  P 12: 41

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL TRELOAR, ADMX OF THE
ESTATE OF KENNETH TRELOAR,
PLAINTIFF

CIVIL ACTION
NO: 3:02CV2187(WWE)

VS

EUCLID-HITACHI HEAVY EQUIPMENT,
DEFENDANT

JANUARY 9, 2004

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rule of Civil Procedure and Rule 9(b) of the Local Rule of Civil Procedure, the plaintiff, Carol Treloar, Administratrix of the Estate of Kenneth Treloar, hereby moves this court for an extension of time up to and including March 10, 2004 within which to disclose an additional expert.

The reason for this motion is that the plaintiff, despite due diligence, requires additional time to retain an additional expert. On September 30, 2003, the plaintiff previously disclosed Douglas M. Brooks. P.C. as her expert. It was anticipated that Mr. Brooks would be the sole expert for the plaintiff. However, Mr. Brooks was deposed by the defendant on October 23, 2003 and as a result of that testimony it became necessary for the plaintiff to retain a biomechanical engineer in addition to the expertise of Mr. Brooks, a physical engineer. Such an expert has been retained and is currently reviewing all relevant materials in this action. A

biomechanical engineer expert is necessary to the plaintiff in this complicated wrongful death action which was filed with this Court on December 11, 2002.

The undersigned has contacted Attorney Carl Ficks of Halloran & Sage, attorney for Tilcon the intervening plaintiff, who indicated that he has no objection to this motion.

The undersigned has contacted Attorney Jason Kuselias of Robinson & Cole, attorney for the defendant, Euclid-Hitachi Heavy Equipment, Inc., who indicated that he objects to this motion.

PLAINTIFF, CAROL TRELOAR

BY_____
Albert Carocci
Fed Bar No 05041
DONALD G. WALSH, P.C.
169 Olive Street
New Haven, CT 06511
Tel. (203) 772-3230

This is to certify that on January 9, 2004 a copy of the foregoing was mailed to:

Attorney Jason Kuselias
ROBINSON & COLE
280 Trumbull Street
Hartford, CT  06103-3597

Attorney Brien P. Horan
ROBINSON & COLE
280 Trumbull Street
Hartford, CT  06103-3597

Attorney Carl Ficks, Jr.
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT  06103.

_____
Albert Carocci