FILED

2004 JAN 20 P 12: 57

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL TRELOAR, ADMX
OF THE ESTATE OF KENNETH TRELOAR,
PLAINTIFF

VS                                              CIVIL ACTION NO.
                                                3:02CV2187(WWE)

EUCLID-HITACHI HEAVY EQUIPMENT,
             DEFENDANT                          JANUARY 16, 2004

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rule of Civil Procedure and Rule 9(b)(1) of the Local Rules of Civil Procedure, the plaintiff herein moves for an enlargement of time to extend the deadline dates set forth in the Planning Report of the parties, dated January 28, 2003, as follows:

1. Said Planning Report states that the defendant was to disclose its expert witnesses by June 16, 2003 and that the deposition of the defendant's expert witness was to be deposed by October 31, 2003.

2. On October 15, 2003 the defendant requested an extension of time up to December 1, 2003 within which to disclose its expert witness and said extension was granted by this court.

3. On December 1, 2003 the defendant disclosed its expert witness.

4. By letter to defendant's counsel, dated December 12, 2003, (See Exhibit A attached hereto) counsel for the plaintiff requested dates for scheduling the defendant's expert witness'

deposition and since this information was not provided to the plaintiff's attorney, a deposition of the defendant's expert witness was scheduled by the plaintiff for January 20, 2004.

5. On January 16, 2004 counsel for the plaintiff received a letter from defendant's counsel stating that said deposition notice was beyond the Planning Report deadline and that it would not take place on January 20, 2004. (See Exhibit A attached hereto).

WHEREFORE, the plaintiff is requesting that the deadline to complete the deposition of the defendant's expert witnesses be extended to March 15, 2004.

Counsel for the defendant, Euclid-Hitachi Heavy Equipment, Inc., does not object to this motion but does not accept said request.

Counsel for the intervening plaintiff, Tilcon, has no objection to this motion.

PLAINTIFF, CAROL TRELOAR

BY_____
Albert Carocci
Fed Bar No. CT 05041
DONALD G. WALSH, P.C.
169 Olive Street
New Haven, CT 06511
Tel. (203) 772-323-

This is to certify that on January 16, 2004 a copy of the foregoing was mailed to:

Attorney Jason Kuselias
ROBINSON & COLE
280 Trumbull Street
Hartford, CT 06103-3597

Attorney Carl Ficks
HALLORAN & SAGE
One Goodwin Square
225 Asylum Street
Hartford, CT 06103.

Albert Carocci

**DONALD G. WALSH, P.C.**

Law Offices

DONALD G. WALSH
MICHAEL E. BURT
DONALD G. WALSH, JR.
ALBERT CAROCCI

169 OLIVE STREET
NEW HAVEN, CONN. 06511

TELEPHONE (203) 772-3230
FAX (203) 772-1577
TIN 06-0865754

December 12, 2003

Attorney Jason M. Kuselias
ROBINSON & COLE
280 Trumbull Street
Hartford, CT 06103-3597

Re: Carol Treloar, Admx
Vs: Euclid-Hitachi

Dear Jason:

Would you please give me a call with some dates when your expert would be available for the taking of his deposition, preferably sometime in late January, 2004. Also, please forward his fee schedule.

Thank you.

Very truly yours,

Michael E. Burt
MEB/jd

EXHIBIT A

# ROBINSON & COLE LLP

JASON M. KUSELIAS

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
jkuselias@rc.com
Direct (860) 275-8352

*Via Facsimile and Mail*

January 16, 2004

Albert Carocci, Esq.
Walsh, Burt, Walsh & Carocci
169 Olive Street
New Haven, CT 06511

Re: **Treloar v. Euclid-Hitachi, et al.**

Dear Al:

As we discussed, the deposition notice regarding our experts seek to take depositions beyond the discovery deadline. Accordingly, you are not proceeding with the deposition scheduled for January 20, 2004, but will be filing a motion for extension of time relating to the deadlines. As I indicated, we do not consent to the motion. In the event that you are granted additional time by the court, we would then work with you to schedule the deposition for a mutually convenient time.

Very truly yours,

Jason M. Kuselias

JMK/kmt

cc: Brien P. Horan, Esq.

EXHIBIT B

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
GREENWICH
NEW YORK
www.rc.com