43

FILED

2004 JAN 20 P 12: 57

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL TRELOAR, ADMX
OF THE ESTATE OF KENNETH TRELOAR,
PLAINTIFF

VS

CIVIL ACTION NO.
3:02CV2187(WWE)

EUCLID-HITACHI HEAVY EQUIPMENT,
DEFENDANT

JANUARY 16, 2004

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rule of Civil Procedure and Rule 9(b)(1) of the Local Rules of Civil Procedure, the plaintiff herein moves for an enlargement of time to extend the deadline dates set forth in the Planning Report of the parties, dated January 28, 2003, as follows:

1. Said Planning Report states that the defendant was to disclose its expert witnesses by June 16, 2003 and that the deposition of the defendant's expert witness was to be deposed by October 31, 2003.

2. On October 15, 2003 the defendant requested an extension of time up to December 1, 2003 within which to disclose its expert witness and said extension was granted by this court.

3. On December 1, 2003 the defendant disclosed its expert witness.

4. By letter to defendant's counsel, dated December 12, 2003, (See Exhibit A attached hereto) counsel for the plaintiff requested dates for scheduling the defendant's expert witness'

1,2. Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
1-20-04

FILED 2004 JAN 22 P 4: 06
US DISTRICT COURT
BRIDGEPORT CT