FILED

2004 JAN 12 P 12: 41

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL TRELOAR, ADMX OF THE
ESTATE OF KENNETH TRELOAR,
                   PLAINTIFF                CIVIL ACTION
                                                    NO: 3:02CV2187(WWE)

VS

EUCLID-HITACHI HEAVY EQUIPMENT,
                 DEFENDANT               JANUARY 9, 2004

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6 of the Federal Rule of Civil Procedure and Rule 9(b) of the Local Rule of Civil Procedure, the plaintiff, Carol Treloar, Administratrix of the Estate of Kenneth Treloar, hereby moves this court for an extension of time up to and including March 10, 2004 within which to disclose an additional expert.

The reason for this motion is that the plaintiff, despite due diligence, requires additional time to retain an additional expert. On September 30, 2003, the plaintiff previously disclosed Douglas M. Brooks. P.C. as her expert. It was anticipated that Mr. Brooks would be the sole expert for the plaintiff. However, Mr. Brooks was deposed by the defendant on October 23, 2003 and as a result of that testimony it became necessary for the plaintiff to retain a biomechanical engineer in addition to the expertise of Mr. Brooks, a physical engineer. Such an expert has been retained and is currently reviewing all relevant materials in this action. A

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge