FILED

2004 APR -5 P 2: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL TRELOAR, ADMINISTRATRIX OF :
THE ESTATE OF KENNETH TRELOAR :
: CIVIL ACTION NO: 3:02cv2187 (WWE)
V. :
:
EUCLID-HITACHI HEAVY EQUIPMENT, :
INC. : APRIL 2, 2004

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER/ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, the parties in the above-entitled matter hereby move the Court to modify the Scheduling Order and the current deadlines as follows:

**Current Deadlines**

1. That the defendant disclose any expert witnesses by December 1, 2003.[1]

2. That the deposition of any expert witnesses be completed by March 15, 2004.[2]

3. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed by December 31, 2003;

4. Dispositive motions will be filed on or before February 15, 2004; and

5. Joint Trial Memorandum filed by April 1, 2004.

---

[1] This deadline was originally June 16, 2004, but was modified by the Court.
[2] This deadline was originally October 31, 2003, but was modified by the Court.

HART1-1170826-1

**Proposed Deadlines**

1. That the defendant disclose any expert witnesses by May 30, 2004;

2. That the deposition of any expert witnesses be completed by June 30, 2004;

3. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed by July 31, 2004.

4. Dispositive motions will be filed on or before September 15, 2004.

5. Joint Trial Memorandum filed by November 1, 2004.

The reason for this request is that the plaintiff has recently moved for and been given an extension of time to disclose an additional expert witness. The deposition of the expert witness is now scheduled to take place in early May 2004. Furthermore, the parties are scheduled to participate in another settlement conference before Magistrate Holly Fitzsimmons in early April.

WHEREFORE, the parties request that the modification of the Scheduling Order proposed by the parties be approved by the Court.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| CAROL TRELOAR, ADMINISTRATRIX OF THE ESTATE OF KENNETH TRELOAR | EUCLID-HITACHI HEAVY EQUIPMENT, INC. |
| By _____ | By _____ |
| Michael E. Burt, Esq. | Brien P. Horan (ct06870) |
| Albert Carocci, Esq. | Jason M. Kuselias (ct 20293) |
| Walsh, Burt, Walsh & Carocci | Robinson & Cole LLP |
| 169 Olive Street | 280 Trumbull Street |
| New Haven, CT 06511 | Hartford, CT 06103-3597 |
| Email: | Email: bhoran@rc.com |
| Tel. No.: 203-772-3230 | Email: jkuselias@rc.com |
| Fax No.: 203-772-1577 | Tel. No.: (860) 275-8200 |
| | Fax No.: (860) 275-8299 |

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via certified mail, return receipt requested, on the 2nd day of April, 2004, to:

Carl R. Ficks, Jr.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103

Albert Carocci