UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL TRELOAR, ADMINISTRATRIX OF : 
THE ESTATE OF KENNETH TRELOAR : 
: CIVIL ACTION NO: 3:02cv2187 (WWE)
V. :
:
EUCLID-HITACHI HEAVY EQUIPMENT, :
INC. : APRIL 2, 2004

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER/ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, the parties the above-entitled matter hereby move the Court to modify the Scheduling Order and the current deadlines as follows:

**Current Deadlines**

1. That the defendant disclose any expert witnesses by December 1, 2003.[1]

That the deposition of any expert witnesses be completed by March 15, 2004.[2]

All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed by December 31, 2003;

Dispositive motions will be filed on or before February 15, 2004; and

Joint Trial Memorandum filed by April 1, 2004.

Motion Granted.
Discovery cutoff date 7-31-04
Dispositive Motions due by 9-15-04
SO ORDERED
4/15/200   , Warren W. Eginton, Sr. U.S.D.J.

---

[1] eadline was originally June 16, 2004, but was modified by the Court.
[2] eadline was originally October 31, 2003, but was modified by the Court.

170826-1