FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 OCT -5  A 11: 56

U.S. DISTRICT COURT

| | |
|---|---|
| CAROL TRELOAR, ADMINISTRATRIX OF THE ESTATE OF KENNETH TRELOAR : | |
| V. : | CIVIL ACTION NO: 3:02cv2187 (WWE) |
| : | |
| EUCLID-HITACHI HEAVY EQUIPMENT, INC. : | SEPTEMBER 23, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Carol Treloar, Administratrix of the Estate of Kenneth Treloar, and the defendant, Euclid-Hitachi Heavy Equipment, Inc. and the Intervening Plaintiff, Tilcon Connecticut, Inc., hereby stipulate to a dismissal with prejudice of all claims, intervening claims and counterclaims in this case, each party to bear its own costs and expenses. This Stipulation of Dismissal with prejudice is with respect to all parties and their current and former owners, predecessors, successors, assigns, providers, agents, directors, officers, employees, shareholders, representatives, attorneys, parent companies, divisions, subsidiaries and affiliates.

HART1-1203922-1

PLAINTIFFS,
CAROL TRELOAR, ADMINISTRATRIX OF
THE ESTATE OF KENNETH TRELOAR

By _____
    Albert Carocci (ct 05041)
    Walsh, Burt, Walsh & Carocci
    169 Olive Street
    New Haven, CT 06511
    Tel: 203-772-3230
    Fax: 203-772-1577

DEFENDANT,
EUCLID-HITACHI HEAVY EQUIPMENT,
INC.

By _____
    Brien P. Horan (ct06870)
    Jason M. Kuselias (ct20293)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel: 860-275-8200
    Fax: 860-275-8299

INTERVENING PLAINTIFF,
TILCON CONNECTICUT, INC.

By _____
    Carl R. Ficks, Jr. (ct 03342)
    Halloran & Sage, LLP
    One Goodwin Square
    Hartford, CT 06103
    Tel: 860-522-6103
    Fax: 860-548-0006