FILED
2004 OCT -5 A 11: 56
U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROL TRELOAR, ADMINISTRATRIX OF :
THE ESTATE OF KENNETH TRELOAR :
: CIVIL ACTION NO: 3:02cv2187 (WWE)
V. :
:
EUCLID-HITACHI HEAVY EQUIPMENT, :
INC. : SEPTEMBER 23, 2004

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Carol Treloar, Administratrix of the Estate of Kenneth Treloar, and the defendant, Euclid-Hitachi Heavy Equipment, Inc. and the Intervening Plaintiff, Tilcon Connecticut, Inc., hereby stipulate to a dismissal with prejudice of all claims, intervening claims and counterclaims in this case, each party to bear its own costs and expenses. This Stipulation of Dismissal with prejudice is with respect to all parties and their current and former owners, predecessors, successors, assigns, providers, agents, directors, officers, employees, shareholders, representatives, attorneys, parent companies, divisions, subsidiaries and affiliates.

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT 10/12/04

2004 OCT 12 P 1: 56

HART1-1203922-1